UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | |
|---|---|
| MICHELLE WALLS, *and others similarly situated*, )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>MITTUR RAMPRASAD, )<br>)<br>*Defendant*. )<br>) | Case No. 4:12-cv-57<br><br>Judge Mattice<br>Magistrate Judge Carter |

## **ORDER**

On March 5, 2014, United States Magistrate Judge William Carter filed his Report and Recommendation (Doc. 34) pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Magistrate Judge Carter recommended that: (1) Plaintiff's Motion for Attorney's Fees and Expenses be granted; and (2) Plaintiff be awarded attorney's fees in the amount of $15,004.00 and expenses in the amount of $322.50 for a total award of $15,326.50.

Defendant has filed timely objections to the Magistrate Judge's Report and Recommendation.[1] (Doc. 35). However, Defendant's objections are merely reiterations of the original arguments raised in his Response to Plaintiff's Motion for Attorney's Fees. (*Compare* Doc. 30 at 3-5, 10-13 *with* Doc. 35 at 4-23). Further analysis of these same issues would be cumulative and is unwarranted in light of Magistrate Judge Carter's well-reasoned and well-supported Report and Recommendation, in which he fully addressed Defendant's arguments. Nonetheless, the Court has conducted a *de*

---

[1] Although Plaintiff suggests that Defendant's objections were untimely, Defendant's objection was filed consistent within the time contemplated by Federal Rule of Civil Procedure 6. *See* Fed R. Civ. P. 6(d) ("When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).").

*novo* review of the record, specifically including those portions to which Defendant has objected, and the Court agrees with Magistrate Judge Carter's analysis and conclusions.

Accordingly, the Court **ACCEPTS and ADOPTS** Magistrate Judge Carter's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b); Defendant's Objections (Doc. 35) are **OVERRULED**; Plaintiff's Motion for Attorney's Fees (Doc. 21) is **GRANTED**; and Plaintiff is **AWARDED** attorney's fees in the amount of $15,004.00 and expenses in the amount of $322.50 for a total award of $15,326.50.

**SO ORDERED** this 21st day of May, 2014.

                                              */s/ Harry S. Mattice, Jr.*
                                              HARRY S. MATTICE, JR.
                                              UNITED STATES DISTRICT JUDGE